No. 11-6751. Mario Meschino, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 564, 181 L. Ed. 2d 406, 2011 U.S. LEXIS 8010.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 643 F.3d 1025.